Woods, Timothy  P658332
Name and Prisoner/Booking Number

Fourth Avenue Jail    4-2-05
Place of Confinement

201 S. 4th Avenue
Mailing Address

Phoenix, AZ  85003
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 1 0 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Timothy Ray Woods P658332,
(Full Name of Plaintiff)
                    Plaintiff,

vs.

(1) Maricopa County Sheriff,
(Full Name of Defendant)
(2) S. Horath #759,
(3) R.I. Valenzuela A8501,
(4) _____,
                    Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CIV 10 1955 PHX SRB ECV

CASE NO. _____
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER
JURY TRIAL DEMANDED

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Maricopa County 4th Avenue Jail/Phoenix

Revised 3/9/07                              1                                   550/555

**PLEASE READ INSTRUCTIONS PRIOR TO FILLING OUT FORMS.
INSTRUCTIONS ARE IN BACK OF THIS PACKET.**

## B. DEFENDANTS

1. Name of first Defendant: **Maricopa County Sheriff**. The first Defendant is employed as: **Maricopa County Sheriff** (Position and Title) at **Maricopa County Sheriff's Office** (Institution).

2. Name of second Defendant: **S. Horath #759**. The second Defendant is employed as: **Maricopa County Sheriff's Deputy** (Position and Title) at **Maricopa County 4th Avenue Jail** (Institution).

3. Name of third Defendant: **R.I. Valenzuela A8501**. The third Defendant is employed as: **Maricopa County Sheriff's Detention Officer** (Position and Title) at **Maricopa County 4th Avenue Jail** (Institution).

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ (Position and Title) at _____ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>I was assaulted by two (2) Maricopa County Sheriff's Office employees.</u>

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 5/20/2010 at approximately 1045hrs. I Timothy Ray Woods P658332 was being escorted back to Maricopa County's 4th Avenue Jail. While traveling through the 4th Avenue tunnels I was assaulted by two (2) Maricopa County Sheriff's Office employees. Deputy S. Horath #759 and Detention Officer R.I. Valenzuela A8501. Both officers previously stated slammed me into the wall and then into the ground where I was kneed and punched several times. During the time of assault I was FULLY RESTRAINED in CLOSE-CUSTODY RESTRAINTS. A police report for AGGRAVATED ASSAULT was filed by Detective C. Osborn #1232 with the Maricopa County Sheriff's Office - Internal Affairs - Criminal Section. The assault I believe was captured on the institutions surveillance system - NICEVISION. Pictures of my physical injuries were taken and should be in the police report forementioned.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Cuts and bruises to my head, torso, arms and legs. Chronic back pain. Psychological damages consisting of Paranoia and Insomnia.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Grievance process did not warrant any level of appeal.</u>

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I Timothy Ray Woods P658332 am seeking financial relief in the amount of 6 million dollars ($6,000,000.00 U.S.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9/6/2010__
DATE

_____ P658332
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

**MARICOPA COUNTY SHERIFF'S OFFICE**
**JOSEPH M. ARPAIO SHERIFF**

## C E R T I F I C A T I O N

I hereby certify that on this date ___9/07/10_____,

I _____ filed __√__ mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

_____ Hon _____ United States District Court, District of Arizona.

_____ Hon _____ United States District Court, District of Arizona.

_____ Attorney General, State of Arizona.

_____ Judge, _____, Superior Court, Maricopa County, State of Arizona.

_____ County Attorney_____, Maricopa County, State of Arizona,

_____ Public Defender _____, Maricopa County, State of Arizona.

_____ Attorney _____

_____ _____

_____
INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6                                                                    06/02/08