U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Timothy Ray Woods | CV 10-1955-PHX-SRB (ECV) |
| DEFENDANT | TYPE OF PROCESS |
| R.I. Valenzuela A#8501, ET AL., | SUMMONS |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

R.I. Valenzuela A#8501

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT 201 S. 4th Ave., Phoenix, AZ 85003

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Timothy Ray Woods #658332
(4F205)
201 S. 4th Ave.
Phoenix, AZ 85003

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.

FILED ✓   LODGED ___
___ RECEIVED   ___ COPY
NOV 19 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT

Timothy R Woods

TELEPHONE NUMBER: 
DATE: 10/22/10

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 08 | District to Serve No. 08 | Signature of Authorized USMS Deputy or Clerk | Date: 11/9/10 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 11/18/10   Time: ___ am / pm

Signature of U.S. Marshal or Deputy: HWB

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:

Per AZ DOC legal services, R.I Valenzuela is no longer employed by AZ DOC.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the District of Arizona

Timothy Ray Woods
*Plaintiff*

v.                                Civil Action No. CV 10-1955-PHX-SRB (ECV)

R.I. Valenzuela A#8501, et al.,
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  R.I. Valenzuela A#8501
201 S. 4th Ave.
Phoenix, AZ 85003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or ~~plaintiff's attorney~~, whose name and address are: Timothy Ray Woods Pl.58232
(4F205)
201 S. 4th Ave.
Phoenix, AZ 85003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RICHARD H. WEARE**

Date: 11/2/10

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __R.T. Valenzuela  A#8501__
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because __Per AZ DOC legal services, employee no longer works for AZ DOC.__ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: __11/18/10__                    _____
                                       Server's signature

                                       __Heather Baley, DUSM__
                                       Printed name and title

                                       __USMS - Phoenix__
                                       Server's address

Additional information regarding attempted service, etc: