11/19/10

CV-10-1955-PHX-SRB-ECV

To Whom It May Concern,

On 11/19/2010 I received a PROCESS RECEIPT from the U.S. Department of Justice - U.S. Marshals Service - District of Arizona. It stated that the defendant which is R.I. Valenzuela A8501 was unable to be located. Also on the bottom in the REMARKS section it states: Per AZ DOC legal services, R.I. Valenzuela is no longer employed by AZ DOC.

My concern is R.I. Valenzuela is/was employed by the Maricopa County Sheriff's Office, not AZ DOC. The case number regarding the matter is:

Timothy Ray Woods

PLAINTIFF

V.S.                                        CV 10-1955-PHX-SRB (ECV)

R.I. Valenzuela A8501, et al.,

DEFENDANT

Can you please correct the problem. Thank you

Timothy R. Woods

P658332
MARICOPA COUNTY SHERIFF'S OFFICE
INMATE LEGAL SERVICES
201 S. 4th AVENUE
PHOENIX, AZ 85003

U.S. District Court Clerk
U.S. Courthouse, Suite 321
401 W. Washington Street, SPC 10
Phoenix, AZ 85003

$00.44
NOV 26 2010
MAILED FROM ZIP CODE 85003

RECEIVED
NOV 29 2010
RICHARD H. WEARE, CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA