IN THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF ARIZONA

Timothy Ray Woods
PLAINTIFF,

v.

S. Horath #759, et al.,
DEFENDANT.

CV10-1955-PHX-SRB(ECV)

FILED ✓ / LODGED / RECEIVED / COPY
JAN 04 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ M DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE  5.4
(Rule Number/Section)

NOTICE OF
CHANGE OF ADDRESS
(FOR PLAINTIFF)

Timothy Ray Woods #213457
A.S.P.C.- Alhambra
P.O. Box 52109
Phoenix, AZ 85072

*Timothy R Woods*

12/28/10